IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEREK L. BURTON, et al.,

    Defendants                                      CRIMINAL NO. 03-30214-DRH

## ORDER

**HERNDON, District Judge:**

    This cause comes before the Court on Motion of the United States pursuant to Title 28, United States Code, Section 1651, on the Motion for Destruction of Firearms and Ammunition (Doc. 194):

    1.    An Inter-arms .38 caliber revolver, bearing serial number J093435, with six rounds of .38 caliber ammunition seized from the residence of Theopolis Crowder;

    2.    Taurus 9 millimeter pistol, Model PT 92 AF, serial number TLL88550D, and two magazines loaded with 9 millimeter ammunition seized from the residence of Kevin Jefferson;

    3.    a.    A Mossberg Model 500A 12 gauge shotgun, serial number R206034,
            b.    A box of .38 special cartridges,
            c.    Multiple boxes of 12 gauge shotgun shells,  and
            d.    Multiple boxes of 9 millimeter pistol cartridges;
    all seized from the residence of Derek Burton and Renee Jackson.

    For good cause shown, the motion is **GRANTED**. It is hereby

ORDERED that the firearms and ammunition described herein may be destroyed by law enforcement.

**IT IS SO ORDERED.**

**Signed this 1st day of December, 2005.**

/s/          David RHerndon
**United States District Judge**